UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIK OLIVARES-CALIXTO,<br><br>Defendant. | NO: 2:15-CR-89-RMP<br><br>ORDER MEMORIALIZING ORAL RULING AND SETTING STATUS CONFERENCE |

The Court held Defendant Erik Olivares-Calixto's pretrial conference on February 16, 2016. During Defendant's pretrial conference, the Court orally ruled on Defendant's Motion to Dismiss, **ECF No. 32**. Defendant was present, in custody, and represented by Assistant Federal Defender John Stephen Roberts, Jr. The Government was represented by Assistant United States Attorney Matthew F. Duggan. This Order is entered to memorialize the Court's oral ruling.

The Court found that Defendant's Motion to Dismiss had been mooted by the Government's superseding indictment, ECF No. 36. As such, the Court denied Defendant's motion as moot.

ORDER MEMORIALIZING ORAL RULING AND SETTING STATUS CONFERENCE ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Dismiss, **ECF No. 32**, is **DENIED**.

2. A status conference is hereby set for **February 22, 2016**, at **10:00 a.m.**

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** this 16th day of February, 2016.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER MEMORIALIZING ORAL RULING AND SETTING STATUS CONFERENCE ~ 2